```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL THE ARCHANGEL, JUDE v-9 KJV,
THE VOICE OF THE ARCHANGEL I THESS.
4:16, DESMOND E. WILLIAMS,

                        Plaintiff,           06 Civ. 4876 (RPP)

         - against -                         OPINION AND ORDER

MONTROSE VA HOSPITAL, FORT WASHINGTON
MENS SHELTER, COLUMBIA PRESBYTERIAN
HOSPITAL, KINGS COUNTY HOSPITAL,
NEW YORK UNITED HOSPITAL MEDICAL
CENTER, BELLEVUE HOSPITAL, ROCKLAND
PSYCHIATRIC CENTER, WESTCHESTER
COUNTY JAIL, RIKERS ISLAND JAIL, THE
ALLEN PAVILLON, WARDS ISLAND MENS
SHELTER, BRONX TLR, GINSBURG CLINIC,
THE CITY OF NEW YORK,

                        Defendants.
----------------------------------------------------------------X
```

**ROBERT P. PATTERSON, JR., U.S.D.J.**

On August 30, 2006, Plaintiff Michael The Archangel, Jude V-9 KJV, The Voice Of The Archangel I Thess. 4:16, Desmond E. Williams, filed a Second Amended Complaint seeking one billion dollars. It was filed within the time provided in this Court's order dated July 19, 2006, which dismissed Plaintiff's original Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to plead properly the elements of a claim entitling him to relief.

Plaintiff's Second Amended Complaint fails to comply with the Court's prior order of July 19, 2006. It fails to state facts showing that any of the Defendant institutions had a duty to report Plaintiff's accusations of rape, murder and molestation against the two otherwise

unidentified, Caucasian male rapists and stalkers, one of whom, Plaintiff asserts, has "been reported since 1998 Phonenix [sic], Arizona USA to the police department and three VA Hospital in the State of Arizona, USA."  (Second Am. Compl. 1.)

Evidently seeking to meet the Court's inquiry as to its jurisdiction over his claim, Plaintiff states that "[s]uppression and destruction of evidence is a federal question action arising under the Constitution or laws of the United States.  Federal laws are being broken therefore the Court has jurisdiction on those grounds."  (Id.)  However, unless the crimes of murder, rape or molestation occur on federal property (or have some other federal nexus), they are exclusively state – as opposed to federal – crimes.  Accordingly, withholding or destruction of evidence of these crimes is not a matter over which this federal court has jurisdiction.  Plaintiff also states: "Interstate stalking crossing state lines in three different states in the USA interstate murder committed in three different states in the USA and molesting children therefore the Federal Court has jurisdiction on those grounds."  (Id. 1-2.)  But, review of the facts stated in Plaintiff's Second Amended Complaint does not support any interstate activity, only that the alleged stalkers and murderers also molested children and murdered them in three different states.  (Id. 2.)

Plaintiff argues that the witnesses to the crimes committed in these different states must be subpoenaed to testify before a federal jury, and that "[t]heir loud remote voices are currently heard daily with the rape-ist and stalker from Phoenix Arizona calling himself 'Michael the Archangel' or Emanuel."  (Id. 2.)[1]  Plaintiff continues:  "[D]efendants have a legal duty . . . to report all law breaking reported to them on their property by the plaintiff because the plaintiff

---

[1] With respect to Defendant No. 7, the Second Amended Complaint states:  "The three loud remote voices are being heard continually since 1997 all over the USA and also the whole Earth.  And other remote voices caused by the plaintiff' [sic] body fluid, was also heard all over the USA and also the whole Earth since 1987 proving this plaintiff is Michael the Archangel Jude v. 9 KJV ordained by God according to John 15:16 KJV since 1948 Guyana South America at birth."  (Second Am. Compl. 13.)

cannot report directly to the police department while institutionalised whether jail or hospital or shelter system the plaintiff is required by the defendants to report to them." (Id. 3.) Plaintiff states he had been damaged by the Defendants' "failure to report plaintiff's accusations to the police or other law enforcement authorities because of increased psychosis caused by rape-ist and stalkers lusting by masturbating directing their attention to the plaintiff's backside causing the plaintiff to rebuke them loudly." (Id. 3-4.)

The Court's review of Plaintiff's Second Amended Complaint shows that, if it is to be filed anywhere, it would be more properly filed with a law enforcement agency. The Court does not have jurisdiction over Plaintiff's claims.

The Second Amended Complaint is dismissed with prejudice; this case is closed.

IT IS SO ORDERED.

Dated: New York, New York
       September 8, 2006

_____
Robert P. Patterson, Jr.
U.S.D.J.

Copies of this order sent to:

*Plaintiff Pro Se*

Desmond Williams
Bronx TLR
1500 Waters Place
Bronx, NY 10461

*Counsel for Defendants*

Office of the Attorney General
120 Broadway
New York, NY 10271-0332
By:    Michele N. Beier
Tel:    212-416-8610
Fax:    212-416-6075

Strook & Strook & Lavan LLP
80 Maiden Lane
New York, NY  10038-4982
By:    Curtis C. Mechling
Tel:    212-806-5609
Fax:    212-806-2609

Martin Clearwater & Bell LLP
220 East 42nd Street
New York, NY  10017-5842
By:    Gregory J. Radomisli
Tel:    212-697-3122
Fax:    212-949-7054